# Morgan Lewis

**W. John Lee**
Partner
+1.215.963.5210
w.john.lee@morganlewis.com

May 25, 2017

**VIA ECF AND E-MAIL TO TJB_ORDERS@NJD.USCOURTS.GOV**

The Honorable Brian R. Martinotti
U.S. District Court for the District of New Jersey
402 E. State Street, Room 341
Trenton, New Jersey 08608

Re:     <u>Feldstein v. Amazon.com LLC, et al., No. 3:15-cv-07322-BRM-TJB</u>

Dear Judge Martinotti:

We represent Defendant Amazon.com, LLC ("Amazon") in the above-referenced matter. As Your Honor is aware, the parties agreed to resolve this matter. The Court entered an Order on March 27, 2017 administratively terminating the action and requiring submission of all papers necessary to dismiss the action within 60 days. (Dkt. 42.) Absent receipt of these submissions, the Order provides for dismissal of the action by the Court. (*Id.*) The 60 day deadline under the Order is May 26, 2017. The parties are still working to finalize their settlement, but request additional time to do so. Accordingly, we respectfully request on behalf of all parties a two-week extension of time until June 9, 2017, to submit the dismissal papers required by the Court's March 27, 2017 Order.

A proposed form of Order has been submitted to Magistrate Judge Bongiovanni via email.

Sincerely,

W. John Lee /jg
W. John Lee

WJL/jg

Cc:     The Honorable Tonianne J. Bongiovanni
        All counsel of record (via ECF)

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921        ☏ +1.215.963.5000
United States                        📠 +1.215.963.5001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THEO FELDSTEIN,<br>on behalf of himself and all others<br>similarly situated,<br>　　　　　　Plaintiff,<br>v.<br><br>AMAZON.COM LLC, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:15-cv-07322-BRM-TJB |

## AMENDED ORDER ADMINISTRATIVELY TERMINATING ACTION

It having been reported to the Court that the above-captioned action has been settled, the Court administratively terminated this Action on March 27, 2017. (Dkt. 42.) The Court hereby amends its Order (Dkt. 42), such that

**IT IS** on this ____ day of May, 2017,

**ORDERED** that this action and any pending motions remain administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that by June 9, 2017 (two weeks after the expiration of the 60-day period identified in the Order (Dkt. 42)), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the two week extension period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

BY THE COURT:

_____
Brian R. Martinotti, U.S.D.J.